IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JOSEPH KWAKU BOATENG,            )<br>                                  )<br>        Plaintiff,                ) | CIV 10-01354 PHX FJM MEA |
|         v.                       )<br>                                  ) | SCHEDULING ORDER |
| UNKNOWN PARTY, SHARON MALCOHM,   )<br>MICHAEL COEN, C. DANCIL,          )<br>                                  )<br>        Defendants.               )<br>_____) | |

      Defendant Malcohm has filed an answer to the complaint. Defendant Coen was dismissed from this suit and service on Defendant Dancil was returned unexecuted.

      This is a civil rights action filed by a individual who was incarcerated and who is without counsel. Therefore, this case is exempted from the requirements of Rule 26(f), Federal Rules of Civil Procedure, which requires the parties to file a Rule 26(f) statement prior to the issuance of a scheduling order. See Fed. R. Civ. P. 26(a)(1)(B)(iv) & 26(f) (2010). Additionally, no initial disclosure is required in actions brought without counsel by a person in the custody of a state or a state subdivision. See Fed. R. Civ. P. 26(a)(1)(B)(iv) (2010). Therefore, the Court will not require the parties to submit an initial disclosure statement.

The parties are put on notice that the following schedule shall not be modified except upon a showing of good cause and by leave of court.

**IT IS ORDERED that**:

1. Any motion to amend the complaint must be filed no later than December 10, 2010.

2. All requests for discovery shall be served by April 29, 2011.

2. All motions regarding discovery shall be filed by May 27, 2011.

3. All dispositive motions shall be filed by July 1, 2011.

5. All other pretrial motions, other than motions in limine, shall be filed by July 29, 2011.

**IT IS FURTHER ORDERED that** Defendants may take Plaintiff's deposition, if they choose to do so, no later than February 25, 2011.

**IT IS FURTHER ORDERED that** the parties shall lodge a joint pretrial statement and proposed order on or before July 29, 2011, *or in the event one or more dispositive motions is filed, within 90 days of the Court's ruling on the last dispositive motion that does not dispose of the case*. Defendants are responsible for initiating the drafting and submission of the proposed pretrial order in the form prescribed by the assigned trial judge.

1       DATED this 8th day of November, 2010.

                                      /s/ Mark E. Aspey
                                        Mark E. Aspey
                                   United States Magistrate Judge