U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JOSEPH KWAKU BOATENG | CV-10-1354-PHX-FJM(MEA ) |

| DEFENDANT | TYPE OF PROCESS SUMMONS/COMPLAINT |
|---|---|
| MARICOPA COUNTY DETENTION OFFICER B1694 | SERVICE OF PROCESS  ORDER |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MARICOPA COUNTY DETENTION OFFICER B1694

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
MARICOPA COUNTY JAIL (TOWERS JAIL), MARICOPA COUNTY, ARIZONA

☑ FILED  ☐ LODGED
☐ RECEIVED  ☐ COPY

NOV 19 2010

CLERK U'S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joseph Boateng Kwaku (A87-454-482)
Pinal County Jail (H201)
P.O. Box 2610
Florence, Arizona 85132

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                 Fold

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER   DATE 08/23/2010

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 08 | District to Serve No. 08 | Signature of Authorized USMS Deputy or Clerk | Date 9/3/10 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Liz Ybarra, Legal Liason

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 11/17/10   Time 2:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
11/16/10 - Mailed to PS.
11/17/10 Served on Liz Ybarra, Legal Liason for Maricopa County Sheriff's office

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| JOSEPH KWAKU BOATENG <br> *Plaintiff* <br> v. <br> OFFICER B1694(Maricopa County Jail) <br> *Defendant* | Civil Action No. CV10-1354-PHX~~ ~~ FJM(MEA) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
MARICOPA COUNTY DETENTION OFFICER B1694
MARICOPA COUNTY JAIL(TOWERS JAIL), MARICOPA COUNTY,PHOENIX,ARIZONA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOSEPH KWAKU BOATENG (A87-454-482)
PINAL COUNTY JAIL(H201)
P. O. BOX 2610
FLORENCE, ARIZONA 85132.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD H. WEARE

CLERK OF COURT

Date: 8/27/10

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Maricopa Detention Officer B1694__
was received by me on *(date)* __11/15/10__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Liz Ybarra, Legal Liason__ , who is
designated by law to accept service of process on behalf of *(name of organization)*
__MCSO__ on *(date)* __11/17/10__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ __2.00__ for travel and $ __55.00__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __11/17/10__

_____
Server's signature

__Michael J. Cavalari__
Printed name and title

__401 W. Washington Phx, AZ__
Server's address

Additional information regarding attempted service, etc: