IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JOSEPH KWAKU BOATENG, | ) |
| Plaintiff, | ) CIV 10-01354 PHX FJM MEA |
| v. | ) ORDER |
| UNKNOWN PARTY, SHARON MALCOHM, MICHAEL COEN, C. DANCIL, | ) |
| Defendants. | ) |

**IT IS ORDERED that** Defendants' motion to stay (Doc. 17) is denied.

DATED this 2nd day of March, 2011.

_Mark E. Aspey_
Mark E. Aspey
United States Magistrate Judge