# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JOSEPH KWAKU BOATENG, | ) |
| Plaintiff, | ) CIV 10-01354 PHX FJM MEA |
| v. | ) ORDER |
| UNKNOWN PARTY, SHARON MALCOHM, MICHAEL COEN, C. DANCIL, | ) |
| Defendants. | ) |

**IT IS ORDERED that** the stipulated motion at Doc. 35 is **granted**. Accordingly,

**IT IS ORDERED that**

1. The parties shall have until July 27, 2011, to serve any further requests for discovery in this matter.

2. The parties shall have until August 26, 2011, to file any motions regarding discovery.

3. The parties shall have until September 30, 2011, to file dispositive motions in this matter.

4. All other pretrial motions, other than motions in limine, shall be filed by October 21, 2011.

**IT IS FURTHER ORDERED that** the parties shall lodge a joint pretrial statement and proposed order on or before November 18, 2011, or in the event one or more dispositive

motions is filed, within 90 days of the Court's ruling on the last dispositive motion that does not dispose of the case. Defendants are responsible for initiating the drafting and submission of the proposed pretrial order in the form prescribed by the assigned trial judge.

DATED this 2nd day of June, 2011.

_____
Mark E. Aspey
United States Magistrate Judge