IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Kwaku Boateng, | ) |
| Plaintiff, | ) CIV 10-01354 PHX FJM (MEA) |
| v. | ) ORDER |
| Unknown Party, Sharon Malcolm, Michael Coen, C. Dancil, | ) |
| Defendants. | ) |

Defendants' motion at Doc. 39, filed August 25, 2011, seeks to compel Plaintiff's response to Defendant Malcolm's interrogatories and requests for production, and also seeks sanctions. Plaintiff has not filed a response to the motion at Doc. 39.

The parties' joint motion at Doc. 41 seeks to extend the Court's deadlines for completing discovery and filing dispositive motions.

**IT IS ORDERED that** Defendants' motion to compel at Doc. 39 is **granted** insofar as it seeks an order requiring Plaintiff to respond to Defendant Malcolm's First Set of Non-Uniform Interrogatories, Defendant Malcolm's Request for Production of Documents to Plaintiff (1st Request), and Defendant Malcolm's Second Set of Non-Uniform Interrogatories to Plaintiff. The

1  motion is **denied** insofar as it seeks sanctions.

2      **IT IS ORDERED that** Plaintiff shall have until October
3  21, 2011, to respond to Defendant Malcolm's First Set of
4  Non-Uniform Interrogatories, Defendant Malcolm's Request for
5  Production of Documents to Plaintiff (1st Request), and
6  Defendant Malcolm's Second Set of Non-Uniform Interrogatories to
7  Plaintiff.  **Plaintiff shall be sanctioned by the Court if he**
8  **fails to respond to these requests for discovery.**

9      **IT IS FURTHER ORDERED that** the joint motion at Doc. 41
10 is **granted**.  Accordingly, the parties shall have until November
11 18, 2011, to serve any further requests for discovery in this
12 matter.  The parties shall have until December 16, 2011, to file
13 any motions regarding discovery.  The parties shall have until
14 February 3, 2012, to file dispositive motions in this matter.

15     DATED this 20th day of September, 2011.

        *Mark E. Aspey*
        Mark E. Aspey
        United States Magistrate Judge